UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DEX Systems Inc., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Deutsche Post AG, a German corporation, Deutsche Post International B.V., a Netherlands corporation, and DHL Supply Chain Netherlands B.V., a Netherlands corporation,<br><br>　　　　Defendants. | CASE No. 2:15-cv-03841-JAK-RAO<br><br>**JUDGMENT**<br><br>**JS-6** |

0654.002\9980

JUDGMENT

# **ORDER**

Upon consideration of Defendants Deutsche Post International B.V. and DHL Supply Chain (Netherlands) B.V.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) (Dkt. 20), and Defendant Deutsche Post AG's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) (Dkt. 32) (jointly, the "Motions to Dismiss"), and for other good cause shown, it is hereby ORDERED THAT:

a) the Motions to Dismiss are GRANTED;

b) all of Plaintiff DEX Systems Inc.'s ("Plaintiff") claims against Defendants Deutsche Post International B.V., DHL Supply Chain (Netherlands) B.V., and Deutsche Post AG (jointly, "Defendants") are DISMISSED WITHOUT PREJUDICE,;

c) each party is to bear its own respective costs.

IT IS SO ORDERED

DATED: July 25, 2016

*[signature]*

Hon. John A. Kronstadt
United States District Judge